IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-275-1D

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| KENDWALL KENDELL BARNES, | ) |  |
|  | ) |  |
| Defendant | ) |  |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 47 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and the Defendant's attorney.

This the 26 day of June, 2018.

JAMES C. DEVER, III
Chief United States District Judge

1